FILED BY /// D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 NOV -4 PM 3: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. **05-20348-D** |
| ) | |
| MAHMOUD MAAWAD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon motion of the United States, the trial in the above-styled case is continued for report date on **12/15/05 @ 9:00** and trial on **1/3/06**. Any delay is excluded due to need to provide additional discovery.

IT IS SO **ORDERED** this **31st** day of October, 2005.

_____
BERNICE B. DONALD
U.S. DISTRICT COURT JUDGE

Approved by:

_____
Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **11-7-05**

25

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20348 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris Holt-Randle
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT